UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22445-KMW

OMAR GUTIERREZ,
and other similarly
situated individuals,

 Plaintiff(s),

v.

DEBLEX LLC,

 Defendant,
_____/

## NOTICE OF SETTLEMENT

 Plaintiff OMAR GUTIERREZ agreed to settle his Fair labor Standards Act claim against Defendant DEBLEX LLC. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.  To this end, the parties are in the process of finalizing all the necessary settlement documentation and will file them with the Court promptly.

Dated: July 28, 2023

Respectfully submitted,

BY: *s/Zandro E. Palma*
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com
ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Telephone:  (305) 446-1500
Facsimile:  (305) 446-1502

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

 /s/ **Zandro E. Palma**
ZANDRO E. PALMA, ESQ.

## SERVICE LIST
## CASE NO.: 1:23-cv-22445-KMW

Suhaill M. Morales, Esq.
smorales@smmlawfirm.com
SMM Law P.A.
5803 NW 151 Street, Suite 205
Miami Lakes, FL 33014
Phone: (305) 518-7026
*Counsel for Defendant*

Zandro E. Palma Esq.
E-mail: zep@thepalmalawgroup.com
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd. Suite 1500
Miami, FL 33156
Telephone:  (305) 446-1500
Facsimile:  (305) 446-1502
*Counsel for Plaintiff*