UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22445-KMW

OMAR GUTIERREZ,

    Plaintiff,

v.

DEBLEX, LLC,

    Defendant.
_____/

**JOINT MOTION TO APPROVE SETTLEMENT
AND TO DISMISS WITH PREJUDICE**

Plaintiff, OMAR GUTIERREZ ("Plaintiff"), and Defendant, DEBLEX LLC ("Defendant"), by and through their respective undersigned counsel, hereby file this Joint Motion to Approve Settlement and to Dismiss with Prejudice, and state the following in support thereof:

1. Plaintiff filed the instant action alleging that Defendant violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.* by failing to pay him the ½ time rate for hours worked over 40 hours per week.

2. Defendant denies Plaintiff's claims.

3. To avoid the costs and the uncertainty of litigation, after extensive negotiations, the Parties have reached a settlement between them that fully resolves all of Plaintiff's claims, including those for attorney's fees and costs.

4. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. Accordingly, the Parties request that the Court

approve the Settlement Agreement and Mutual Release entered into by the Parties, a copy which is attached to this Motion as Exhibit A for the Court's consideration.

5. Under the parties' Settlement Agreement and Mutual Release, Plaintiff will receive consideration from Defendant for all of their potential overtime wages he could be owed based upon the estimate of their hours worked per week. Plaintiff will also receive an additional sum as consideration for alleged liquidated damages under the FLSA.

6. Defendant has also agreed to pay an amount in resolution of all of Plaintiff's claims for attorney's fees and costs, which consideration is distinct from the amounts being paid to resolve Plaintiff's underlying claims. As numerous Courts have held, where a "plaintiff's attorneys' fee was agreed upon separately and without regard to the amount paid to the plaintiff, then unless the settlement does not appear reasonable on its face or there is reason to believe that the plaintiff's recovery was adversely affected by the amount of fees paid to his attorney, the Court will approve the settlement without separately considering the reasonableness of the fee to be paid to plaintiff's counsel." *Bonetti v. Embarq Mgmt. Co.*, 2009 U.S. Dist. LEXIS 68075, at *11–12 (M.D. Fla. Aug. 4, 2009).

7. The amount of this settlement to Plaintiff is fair and reasonable given the likelihood of success on the merits of the claims and the costs of litigating this matter. This settlement was arrived at after considerable negotiation by the Parties, and Defendant does not admit any liability in this action.

8. As part of the settlement reached between the Parties, Plaintiff agrees to dismiss this action with prejudice upon approval by the Court of the attached Settlement Agreement and Mutual Release, with the Court to retain jurisdiction to enforce the Parties' obligations under the Settlement Agreement and Mutual Release.

9.      Plaintiff and Defendant stipulate that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the attached Settlement Agreement and Mutual Release and dismissing the claims made by Plaintiff against Defendant in this action with Prejudice, with the Court to retain jurisdiction to enforce the Parties' obligations under the Settlement Agreement and Mutual Release.

Respectfully submitted this __th day of August, 2023,

| /s/ Zandro E. Palma | /s/Suhaill M. Morales |
|---|---|
| Zandro E. Palma, Esq. | Suhaill M. Morales, Esq. |
| Florida Bar No.: 0024031 | Florida Bar No. 84448 |
| ZANDRO E. PALMA, P.A. | SMM Law, P.A. |
| 9100 S. Dadeland Blvd. | 5803 NW 151 Street, Suite 205 |
| Suite 1500 | Miami Lakes, FL 33014 |
| Miami, FL 33156 | smorales@smmlawfirm.com |
| zep@thepalmalawgroup.com | |